Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

>Case No.: 17−12163−JKS
>Chapter: 13
>Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Adebowale C. Adeniyi
   400 East Front Street
   Plainfield, NJ 07060

Social Security No.:
   xxx−xx−8698

Employer's Tax I.D. No.:

**FINAL DECREE**

   The estate of the above named debtor(s) has been fully administered.

   If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

   ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>September 13, 2017</u>              <u>John K. Sherwood</u>
                                              Judge, United States Bankruptcy Court